JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ERIC HALL, | ) | No. CV 07-06922-DDP (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| EDUM BROWN, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: July 16, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE